LAW OFFICE OF
**DONALD J. WEISS**
363 SEVENTH AVENUE
4TH FLOOR
NEW YORK, NEW YORK 10001
212-967-4440
djwlaw@mindspring.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

# MEMORANDUM ENDORSED

November 27, 2019

Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States District Court
500 Pearl Street
New York, NY 10007

Re:   Mullins v. Chez Amis Corporation et. al.; Case No. 19 CV 7458

Dear Judge Woods:

I am the attorney for the plaintiff in the above referenced matter and write to update you on the current case status and request an adjournment of the initial case management conference, scheduled for January 6, 2020.

The parties have been engaged in ongoing settlement negotiations and are hopeful that a resolution will be reached shortly.  Unfortunately, due to the schedules of all the attorneys, parties and the mediation office, we were unable to schedule a mutually convenient date for mediation two weeks prior to the scheduled conference, as required by your Order of September 17th.  It is therefore respectfully requested, jointly by all parties, that the initial conference be adjourned so that, if necessary, the mediation is held at least two weeks before the initial conference.

This is the first request for adjournment of the initial conference.

Respectfully submitted,

*Donald J. Weiss*

Donald J. Weiss

---

Application granted.  The initial conference scheduled for January 6, 2020 is adjourned to February 7, 2020 at 4 p.m.  The joint letter and proposed case management plan described in the Court's prior order, Dkt No. 8, are due no later than January 31, 2020.  The parties are directed to participate in mediation no later than two weeks prior to this extended deadline.

The Clerk of Court is directed to terminate the motion pending at Dkt No. 18.

SO ORDERED.

Dated:  December 3, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge